JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENICO LYNDE DUDLEY MCSWEENY, <br><br> Petitioner, <br><br> v. <br><br> FEDERAL CORRECTIONAL INSTITUTION LOMPOC, et al., <br><br> Respondents. | NO. 2:23-cv-04234-KS <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that this action is DISMISSED with prejudice.

DATED: October 9, 2024

_____
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE